UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15TH day of May, two thousand and fifteen,

_____

Simmtech Co., Ltd.,

  Plaintiff - Appellant,

v.

Citibank, N.A., Citigroup Inc., Citibank Overseas Investment Corporation, Citicorp Holdings Inc., Citigroup Global Markets Inc.,

  Defendants - Appellees.

_____

ORDER
Docket No. 15-736

  Appellant Simmtech Co., Ltd's submission of a letter does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said letter is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

